UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

       v.                 CR. 09-cr-189-01-SM

David Clement,
    Defendant

## O R D E R

Defendant Clement's motion to continue the trial is granted (document no. 9). Trial has been rescheduled for the April 2010 trial period. Defendant Clement shall file a waiver of speedy trial rights not later than February 19, 2010. On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is rescheduled for April 9, 2010 at 3:30 p.m. in Room 421.

Jury selection will take place on April 20, 2010 at 9:30 a.m.

SO ORDERED.

/s/ Steven J. McAuliffe
Steven J. McAuliffe
Chief Judge

February 10, 2010

cc: Jonathan Saxe, Esq.
    Debra Walsh, AUSA
    U.S. Marshal
    U.S. Probation